

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

24 CV 6566

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

A. **Full Name And Prisoner Number of Plaintiff**: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Brendon Clontz 158567
2. _____

-VS-

B. **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. LT. McAndrews
2. Buffalo Police Department
3. _____
4. _____
5. _____
6. _____

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Brendon Clontz

Present Place of Confinement & Address: Erie County Correctional Facility 11581 Walden Ave Alden, NY 14004

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: **LT McAndrews**
(If applicable) Official Position of Defendant: **Lieutenant Buffalo Police Department**
(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity
Address of Defendant: **Buffalo Police Headquarters**
**68 Court Buffalo NY 14202**

Name of Defendant: **Buffalo Police Department**
(If applicable) Official Position of Defendant: __1__
(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity
Address of Defendant: **68 Court Buffalo NY 14202**

Name of Defendant: **Clayton Reed**
(If applicable) Official Position of Defendant: **Police Officer**
(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity
Address of Defendant: **68 Court St Buffalo NY 14202**

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes____  No **X**

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____
4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____
6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun **any other lawsuits in federal court** which relate to your imprisonment?

    Yes____ No __X__

**If Yes, complete the next section.** NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2. District Court:_____
3. Docket Number:_____
4. Name of District or Magistrate Judge to whom case was assigned:_____

_____

5. The approximate date the action was filed:_____
6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include <u>all</u> possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection

- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

**A. FIRST CLAIM:** On (date of the incident) November 8th 2020 10 AM, defendant (give the **name and position held** of **each defendant** involved in this incident) Buffalo Police Department name of Police is on City of Buffalo NY, Court Documents.

did the following to me (briefly state what each defendant named above did): On November 8th 2020 at approx 10:00 AM a Buffalo Police officer used excessive force at M and T Bank Parking lot near Cazenovia St and Seneca St Buffalo NY 14210. I Brendon Clontz was Pepper sprayed and Batoned for no reason by Buffalo Police officers. Ambulance arrived I said Im not gonna sign a HIPAA consent form they then denied me medical treatment.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Excessive Force, False Arrest, Denial of Medical Treatment.

The relief I am seeking for this claim is (briefly state the relief sought): Civil Lawsuit.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes  X  No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes  X  No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: N/A

**A. SECOND CLAIM:** On (date of the incident) 10/31/23 approx 10 AM, defendant (give the **name and position held** of **each defendant** involved in this incident) LT McAndrews of Buffalo Police Department and Clayton Reed (Police officer)

5

did the following to me (briefly state what each defendant named above did): I was Walking Down Abbott Rd Buffalo NY 14220 In front of Imperial Pizza The Police surrounded me and arrested me without a Warrant or Probable Cause. I was Set up by these officers and prosecutions. The Alleged Victim Jessica Merkling Knows The FBI and Works with the District Attorney's Niece Keane,

The constitutional basis for this claim under 42 U.S.C. § 1983 is: False Arrest

The relief I am seeking for this claim is (briefly state the relief sought): Civil Lawsuit.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes __X__ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes __X__ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: N/A

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Civil Lawsuit.

Do you want a jury trial? Yes _X_   No____

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/23/24
                    (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

_____
                                                    Signature(s) of Plaintiff(s)

7

NAME: Brendon Oontz  ICN# 158361
ERIE COUNTY CORRECTIONAL FACILITY
11581 WALDEN AVENUE
ALDEN, NEW YORK  14004

United States District Court
Western District of New York
2 Niagara Square
Buffalo NY 14202

028¢
(pd)

US POSTAGE ))PITNEY BOWES
$ 000.28⁰
ZIP 14202
02 7H
0006102069 SEP 27 2024
Correction

USDC - WDNY
SEP 30 2024
BUFFALO